# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0370, A14A0371.  EARL JONES v. THE STATE.**

In 2009, Earl Jones pled guilty to aggravated assault and other crimes and was given a partially probated sentence.  In 2011, the trial court entered an order revoking his probation upon finding that he had committed a new felony offense.  Jones filed a motion to modify the sentence entered upon the probation revocation, and the trial court denied that motion.  In Case No. A14A0370, Jones appeals the order revoking his probation.  In Case No. A14A0371, he appeals the order denying his motion to modify his sentence.  We, however, lack jurisdiction.

Because the underlying subject matter of both appeals is the revocation of Jones's probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  We lack jurisdiction over these direct appeals, which are therefore DISMISSED.[1]

---

[1] In addition, both notices of appeal were filed more than 30 days after entry of the orders Jones seeks to appeal.  Accordingly, the appeals are untimely and must be dismissed for that reason, as well.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 11/22/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*